UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| RAYSHOUN JACKSON, | ) | CASE NO. 1:07 CV 1622 |
| | ) | |
| Petitioner, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | <u>JUDGMENT ENTRY</u> |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| Respondent. | ) | |

      This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this petition is dismissed for failure to exhaust administrative remedies. Further, the Court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

                                                <u>/S/SOLOMON OLIVER, JR.</u>
                                                UNITED STATES DISTRICT JUDGE

July 31, 2007